# RICHARDSON LAW FIRM, PLLC

111 North Jefferson Street
P. O. Box 1865
Lewisburg, West Virginia 24901

304-645-2850 (Voice)
304-645-2851 (Fax)

Robert E. Richardson
William D. Turner, Of Counsel

robert.richardson@richardsonlawfirm.net
william.turner@richardsonlawfirm.net

November 8, 2013

Patricia S. Connor, Clerk
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219

Re: WVCWP Fund v. Valla J. Loudermilk, et al., No. 13-2311

Dear Ms. Connor:

Please be advised that I am no longer representing Ms. Valla J. Loudermilk (and have not been representing her for two or more years). It is my understanding from Ms. Donna Lett in your office that an appeal has been filed in Ms. Loudermilk's claim for black lung benefits. Please remove me from your mailing list on this claim.

The last mailing address I had for Ms. Loudermilk was:

Valla J. Loudermilk
HC 83, Box 842
Rainelle, WV 25962

I hope this information will be of assistance. If any further information is needed, please do not hesitate to contact me.

Sincerely yours,

William D. Turner, WVSB #4368
Of Counsel, Richardson Law Firm, PLLC

CC:
Valla J. Loudermilk
HC 83 Box 842
Rainelle, WV 25962

District Director
Chief, Branch of Claims and System Mgmnt
U.S. Department of Labor
Room C-3521, FPB
200 Constitution Ave., N.W.
Washington, DC 20210

WV CWP Fund
WV Office of the Insurance Commissioner
Claims Service Department
P.O. Box 50541
Charleston, WV 25305

Ashley M. Harman, Esq.
Jackson & Kelly, PLLC
P.O. Box 619
Morgantown, WV 26507

Douglas N. White, Esq.
U.S. Department of Labor
Office of the Regional Solicitor
22nd Floor West
1100 Wilson Blvd
Arlington, VA 22209

Waseem A. Karim, Esq.
175 East Main St.
Lexington, KY 40588

Honorable Janice K. Bullard
Administrative Law Judge
U.S. Department of Labor
Office of Administrative Law Judges
2 Executive Campus, Suite 450
Cherry Hill, NJ 08002

Honorable Nancy S. Dolder
Chief Administrative Appeals Jude
U.S. Department of Labor
Benefits Review Board
P.O. Box 37601
Washington, D.C. 20013-7601

Lafayette Springs Enterprises
105 Shannon Heights
Richlands, VA 25962

RICHARDSON LAW FIRM, PLLC
111 North Jefferson Street
P. O. Box 1865
Lewisburg, WV 24901

Patricia S. Connor, Clerk
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, VA 23219