

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 25, 2013

---

## STATUS OF COUNSEL NOTICE

---

No.   13-2311,      West Virginia CWP Fund v. Valla Loudermilk
                    13-0030-BLA, 13-0031-BLA

TO:   Valla Jean Loudermilk

**STATUS OF COUNSEL DUE: December 5, 2013**

We note that you did not have counsel in the proceedings below.

Please complete and return the enclosed status of counsel form indicating whether you intend to participate in this appeal, either through counsel or by filing a brief on your own behalf.
If you do not respond to this notice by the due date shown, the court will set a formal briefing schedule.

Donna Lett, Deputy Clerk
804-916-2704


Copies:   Tiffany Brooke Davis
          Betty English
          Michelle Seyman Gerdano
          Ashley Marie Harman
          Valla Jean Loudermilk
          Richard Anthony Seid
          Thomas O. Shepherd Jr.

Valla Jean Loudermilk
HC 83, Box 842
Rainelle, WV 25962

Appeal: 13-2311    Doc: 18    Filed: 12/06/2013    Pg: 2 of 4

13-2311

# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

## STATUS OF COUNSEL FORM

No.   13-2311,       West Virginia CWP Fund v. Valla Loudermilk
                     13-0030-BLA, 13-0031-BLA

I make the following election with respect to counsel for appeal (please check one):

1. [ ] I do not desire an attorney to represent me in the above case now pending in the United States Court of Appeals.

2. [X] I have employed counsel to represent me in the above case now pending in the United States Court of Appeals. The attorney's name, address, and phone number are:

I AM IN PROCESS OF OBTAINING A COUNSEL AT THIS TIME I DO NOT HAVE COUNSEL. I DO WANT A COUNSEL TO PARTICIATE IN THIS.

3. [ ] I do not intend to participate in this appeal.

Date: 11-29-2013

Signature: Valla Jean Loudermilk



Valla Loudermilk
HC 83 Box 842
Rainelle, WV 25962-9723

US STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
1100 EAST MAIN ST. SUITE 501
RICHMOND, VIRGINIA 23219