December 31, 2013
US Court of Appeals
for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219-3517

Honorable Law Judge,

  I am writing on behalf of my 81 year old mother, Valla Jean Loudermilk ( on behalf of and widow of Harold Loudermilk). I have contacted many attorneys. Each has declined taking on my mother's case. We are unable to obtain a lawyer. The lawyers explained they do not step into a case that has went this far in the appeal process.

My Father Harold Loudermilk worked 32 plus years in the coal mines. Of the 32 plus years he had worked enough years to receive a small pension. My father also meets all the requirements to apply and receive Black Lung benefits. It was a shame he had passed away on July 26, 2006 and received his letter of approval in August of 2006. My mother and I have been pursuing this matter for several years now.

At 81 years of age and failing health and vision my mother is unable to attend a hearing on her own behalf. Even though each appeal of the coal company, Lafayette Springs Enterprise has been denied they continue to sink more monies into pursuing the case of denial of benefits. I am not a lawyer or up to date on the law of Black Lung appeals. However I am writing to explain the absences of a Lawyer and my mother appearance at this hearing. To plead to the court that this appeal be found for my mother, Valla Jean Loudermilk (on behalf of and widow of Harold Loudermilk). Letting the records show Harold Loudermilk has meet all requirements, physically, mentally, emotionally and did have pneumoconiosis. My Father was on oxygen for a very long time prior to any other illness he may have suffered later in life. Each doctor telling him the same, black lung. Upon questioning doctors regarding filing for black lung , each doctor would explain to my father it was a waste of time & money and they did not get involved in such claims. So many times we were told the coal companies always win, they have the money to fight it and backing. On behalf of my deceased father and my mother Valla Jean Loudermilk

I pray this Court find and deny Lafayette Springs Enterprise their appeal .

Sincerely,

Sherry J Clark
*Sherry J Clark*
CA#13-2311
Valla Jean Loudermilk
HC 83 Box 842
Rainelle, WV 25962

VALLA LOUDERMILK
HC 83 BOX 842
Kainelle, WV 25962
CA # 13-2311

HONORABLE LAW JUDGE
PATRICIA S. CONNER - CLERK
US COURT of APPEALS
for the FOURTH CIRCUIT
1100 E MAIN ST
Room 501
RICHMOND, VA 23219